# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MICHAEL ESTRADA,

    Plaintiff,

v.

TARGET CORPORATION,
a Foreign Profit Corporation,
d/b/a Target,

    Defendant.

_____/

Civil Action File No.
1:22-CV-00612-SDG

## JOINT STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

The parties to this action, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: November 4, 2021

By:   */s/ Evan M. Rosen*                       */s/ Matthew N. Pope*
       Evan M. Rosen, Esq.                    Matthew N. Pope, Esq.
       Georgia Bar No. 649716             Georgia Bar No. 584216
       Evan.Rosen@jacksonlewis.com     matt@mpopelaw.com

| | |
|---|---|
| **JACKSON LEWIS P.C.**<br>171 17th Street, NW<br>Atlanta, Georgia 30363<br>Tel.: (404) 586-1837<br><br>*Attorneys for Defendants* | **MATTHEW N. POPE, P.C.**<br>900 2nd Avenue<br>Columbus, Georgia 31902<br>Tel.: (706) 324-2521<br><br>*Attorneys for Plaintiff* |

**<u>ORDER</u>**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED, this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE